UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

STEVEN J. ARMSTRONG,

        Plaintiff,

  v.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

        Defendant.

CASE NO. 2:16-CV-01845-DWC

ORDER GRANTING STIPULATED MOTION FOR REMAND

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Consent to Proceed before a United States Magistrate Judge, Dkt. 6. Presently before the Court is Defendant's Stipulated Motion for Remand ("Motion"). Dkt. 23. After reviewing the Motion and the relevant record, the Court orders the following:

Defendant's Motion is granted, and the above-captioned case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Appeals Council will:

- Determine the appropriate administrative action to be taken — whether a favorable decision can be issued based on the evidence of record or whether further development of the record and a new Administrative Law Judge (ALJ) decision is necessary;
- If the Appeals Council determines that a favorable decision cannot be issued based on the evidence of record, it will instruct a different ALJ to obtain a medical expert to assist in evaluating Plaintiff's mental impairments; further evaluate the opinion evidence of record; further evaluate Plaintiff's residual functional capacity; further evaluate Plaintiff's subjective complaints; and if necessary obtain supplemental vocational expert evidence; and
- Lastly, if Plaintiff is found to be disabled, the ALJ will determine whether substance abuse is a contributing factor material to the finding of disability pursuant to Social Security Ruling 13-2p.

The parties agree that Plaintiff is entitled to reasonable attorney fees, expenses, and costs under the Equal Access to Justice Act, 28 U.S.C. §§ 2412 and 1920, upon proper request to the Court.

Dated this 16th day of October, 2017.

David W. Christel
United States Magistrate Judge